# Notice Recipients

District/Off: 0208−1  User:  Date Created: 11/18/2019
Case: 19−13675−smb  Form ID: 309C  Total: 175

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | High Quality Nutrition Company LLC | 11 E 26th St, 20th Fl. | New York, NY 10010 | |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick Street, Room 1006 | New York, NY 10014 |
| tr | Alan Nisselson | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street | New York, NY 10019 |
| aty | Paris Gyparakis | Rosen & Associates, P.C. | 747 Third Avenue | New York, NY 10017 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs – Devora Cohn | Brooklyn, NY 11201−3719 |
| 7641956 | 9215 LLC | P.O. BOX 15630 | CHEVY CHASE, MD 20825 | |
| 7641957 | A & M COLD STORAGE LLC | 96 WEST FOURTH ST,SUITE C | MINSTER, OH 45865 | |
| 7641958 | ACE NATURAL | 41−38 37TH STREET | LONG ISLAND CITY, NY 11101 | |
| 7641959 | ACP BK I LLC. | 630 FLUSHING AVENUE | BROOKLYN, NY 00011−2016 | |
| 7641960 | ACTION STAFFING GROUP | 1145 ELIZABETH AVENUE | ELIZABETH, NJ 07201 | |
| 7641961 | AD RESULTS MEDIA, LLC | 320 WESTCOTT ST., SUITE 101 | HOUSTON, TX 77007 | |
| 7641962 | ADP LLC | PO BOX 842875 | BOSTON, MA 02284 | |
| 7641963 | ADP SCREENING SELECTION SERVICES | PO BOX 645177 | CINCINNATI, OH 45264 | |
| 7641964 | ADROLL, INC. | 2300 HARRISON STREET, 2ND FLOOR | SAN FRANCISCO, CA 94110 | |
| 7641965 | AFLAC | 1932 WYNNTON ROAD | COLUMBIA, GA 31999 | |
| 7641966 | AIRCALL NEW YORK | 33 WEST 17TH STREET | NEW YORK, NY 10011 | |
| 7641967 | AIRGAS USA, LLC | PO BOX 102289 | PASADENA, CA 91189−2289 | |
| 7641968 | ALL−LINES LEASING | 100 PRAIRIE CENTER DRIVE | EDEN PRAIRIE, MN 55344 | |
| 7641969 | AMERISAN | 1 CHELSEA PARKWAY SUITE 101−102 | BOOTHWYN, PA 19061 | |
| 7641970 | ANCHIN | P.O. BOX 3202 | NEW YORK, NY 10087−2002 | |
| 7641971 | ANGELOS ICE SERVICE | 100 SYLVANIA PLACE | SOUTH PLAINFIELD, NJ 07080 | |
| 7641972 | AREA DISTRIBUTORS | 1102 S. 3RD STREET | SAN JOSE, CA 95112 | |
| 7641973 | ATLANTIC FIRE PROTECTION | 53 BLEVINS AVENUE | MIDDLETOWN, NJ 07748 | |
| 7641974 | AXLEHIRE, INC. | 1937 DAVIS STREET UNIT A−1 | SAN LEANDRO, CA 94577 | |
| 7641975 | BALDOR SPECIALTY FOODS INC. | 155 FOOD CENTER DRIVE | BRONX, NY 10474 | |
| 7641976 | BANDERAS PROFESSIONAL SERVICES | 1242 N. NEW HAMPSHIRE AVE #10 | LOS ANGELES, CA 90029 | |
| 7641977 | BAY ALARM COMPANY | 5130 COMMERCIAL CIRCLE | CONCORD, CA 94520 | |
| 7641978 | BLUEMARK | 27909 HANCOCK PKWY | VALENCIA, CA 91355 | |
| 7641979 | BOWERY CROSSFIT | 228 BUSHWICK AVENUE APT 3G | BROOKLYN, NY 11206 | |
| 7641980 | BRIGHT HOUSE NETWORKS | PO BOX 790450 | SAINT LOUIS, MO 63179−0450 | |
| 7641981 | BUCKHEAD MEAT NORTHEAST | 220 RARITAN CENTER PKWY | EDISON, NJ 08837 | |
| 7641982 | BULLARD LAW GROUP PLLC | 201 OLD COUNTRY ROAD, SUITE 120 | MELVILLE, NY 11747 | |
| 7641983 | BUNZL MID−ATLANTIC REGION | 10814 NORTHEAST AVENUE | PHILADELPHIA, PA 19114 | |
| 7641984 | C&C LIFT TRUCK INC | 30 PARKWAY PLACE | EDISON, NJ 08837 | |
| 7641985 | CALL & JENSEN | 610 NEWPORT CENTER DRIVE, SUITE 700 | NEWPORT BEACH, CA 92660 | |
| 7641986 | CANON FINANCIAL SERVICES INC | 14904 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693−0149 | |
| 7641987 | CARPEDIA INTERNATIONAL CORP. | 75 NAVY STREET | OAKVILLE ONTARIO, CANADA L6J 2Z1 | |
| 7641988 | CENTRAL ENTERTAINMENT GROUP, INC. | 1001 AVENUE OF AMERICA'S, 14TH FLOOR | NEW YORK, NY 10018 | |
| 7641989 | CHALK UP MEDIA GROUP LLC | 217 N. MAIN STREET, STE #118 | SANTA ANA, CA 92701 | |
| 7641990 | CHESTER PLASTIC & PAPER SALES | 19 INDUSTRY DR. SUITE 100, P.O. BOX 93 | MOUNTAINVILLE, NY 10953 | |
| 7641991 | CINTAS | P.O. BOX 631025 | CINCINNATI, OH 45263−1025 | |
| 7641992 | CKO KICKBOXING CORPORATION | 271 ROUTE 22 | SPRINGFIELD, NJ 07081 | |
| 7641993 | CLAYTON INDUSTRIES | 17477 HURLEY STREET | CITY OF INDUSTRY, CA 91744 | |
| 7641994 | COMCAST | P.O. BOX 3001 | SOUTHEASTERN, PA 19398−3001 | |
| 7641995 | COMMERCIAL KITCHEN CLEANING, INC. | P.O. BOX 4301 | WAYNE, NJ 07474 | |
| 7641996 | CONTANGO LLC | 228 EAST 45TH STREET, SUITE 11 S | NEW YORK, NY 10017 | |
| 7641997 | COZZINI BROS | 350 HOWARD AVE | DES PLAINES, IL 60018 | |
| 7641998 | CRITEO CORP | 387 PARK AVENUE SOUTH | NEW YORK, NY 10016 | |
| 7641999 | CROSSFIT 740 LLC | 741 MARIETTA RD SE | BREMEN, OH 43107 | |
| 7642000 | CROSSFIT NYC HOLDINGS, LLC | 7 TIMES SQUARE | NEW YORK, NY 10036 | |
| 7642001 | CROSSFIT OUTBREAK | 8 GRAND AVENUE | BROOKLYN, NY 11205 | |
| 7642002 | CROSSFIT WEST SPRINFIELD | 7316 MIZZEN PLACE | BURKE, VA 22015 | |
| 7642003 | CSC LEASING COMPANY | 6806 PARAGON PLACE,SUITE 170 | RICHMOND, VA 23230 | |
| 7642004 | CUSTOM STILES WOODWORKING LLC | 26 MUNSON STREET | MILFORD, CT 06461 | |

| | | | |
|---|---|---|---|
| 7642005 | DBA MEDIA,M LLC | 750 N SAN VICENTE BLVD., SUITE 950 | WEST HOLLYWOOD, CA 90069 |
| 7642006 | DC&A LOGISTICS, INC | 111–09 76TH ROAD, SUITE B9 | FOREST HILLS, NY 11375 |
| 7642007 | DELIV, INC. | 440 BONANNON DRIVE, SUITE 120 | MENLO PARK, CA 94025 |
| 7642008 | DENDEV DESIGN & DEVELOPMENT LTD | 19 WEST 24TH STREET | NEW YORK, NY 10010 |
| 7642009 | DEPENDABLE ELECTRIC CO (INC) | 28 MAY STREET | EDISON, NJ 08837 |
| 7642010 | DOCUTREND INC. | 575 8TH AVENUE, FL 10 | NEW YORK, NY 10018 |
| 7642011 | DONALSON COMPANY, INC. | P.O. BOX 207356 | DALLAS, TX 75320 |
| 7642012 | DRAGONIS INVESTMENTS LLC | PO BOX 6152 | WOODLAND HILLS, CA 91365 |
| 7642014 | EASTERN QUALITY FOODS | 236 PONTE VEDRA PARK DRIVE | PONTE VEDRA BEACH, FL 32082 |
| 7642013 | EASTERN QUALITY FOODS | 236 PONTE VEDRA PARK DRIVE, 101 | PONTE VEDRA BEACH, FL 32082 |
| 7642015 | ECOLAB INC | P.O. BOX 32027 | NEW YORK, NY 10087–2027 |
| 7642016 | ECOLAB PEST ELIMINATION | 26252 NETWORK PLACE | CHICAGO, IL 60673–1262 |
| 7642017 | EDISON LOCK & DOOR, INC. | P.O. BOX 994 | PISCATAWAY, NJ 08854 |
| 7642018 | ELEVATION CORPORATE HEALTH LLC | 11340 MCCORMICK ROAD, EP 4, SUITE LL8 | HUNT VALLEY, MD 21031 |
| 7642019 | ENTERPRISE RENT–A–CAR | P.O. BOX 402383 | ATLANTA, GA 30384–2383 |
| 7642020 | EX–CONSULTANTS AGENCY | 2800 28TH ST, SUITE 385 | SANTA MONICA, CA 90405 |
| 7642021 | EXTOLE INC | 350 SANSOME ST. SUITE 700 | SAN FRANCISCO, CA 94104 |
| 7642022 | FACEBOOK | 15161 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 |
| 7642023 | FACILITY MAINTENANCE GROUP | 28 SHERWOOD CLOSE | HILLSBOROUGH, NJ 08844 |
| 7642024 | FEDEX | P.O. BOX 371461 | PITTSBURGH, PA 15250–7461 |
| 7642025 | FERNANDO BECK | 97 SUNFIELD AVENUE, SUITE C | EDISON, NJ 08837 |
| 7642026 | FINANCO SECURITIES, LLC | 540 MADISON AVENUE, 3RD FLOOR | NEW YORK, NY 10022 |
| 7642027 | FOREMOST FIRE PROTECTION LLC | P.O. BOX 434, 901 MONTROSE AVE. | SOUTH PLAINFIELD, NJ 07080 |
| 7642028 | FRYROSE ENTERPRISES | P. O. BOX 744 | DAYTON, OH 45401 |
| 7642029 | GARGIULO PRODUCE | 535 SWEETLAND AVENUE | HILLSIDE, NJ 07205 |
| 7642030 | GLACIER ICE INC. | 339 HANCOCK STREET, | BROOKLYN, NY 11216 |
| 7642031 | GLOBE PETROLEUM INC. | PO BOX 189 | EATONTOWN, NJ 07724 |
| 7642032 | GOLDEN STATE WATER CO. | 630 EAST FOOTHILL BLVD | SAN DIMAS, CA 91773 |
| 7642033 | GOOGLE LLC | P.O. BOX 39000, DEPT 33654 | SAN FRANCISCO, CA 94139 |
| 7642034 | GRAINGER.COM | 1050 WALNUT | COMPTON, CA 90220 |
| 7642035 | HOOLA HOOP LLC | 520 WEST 198TH STREET, 5C | NEW YORK, NY 10011 |
| 7642036 | HR INDUSTRIES | 605 BROAD AVENUE | RIDGEFIELD, NJ 07657 |
| 7642037 | HYGIENA LLC | 941 AVENIDA ACASO | CAMARILLO, CA 93012 |
| 7642038 | IMPERIAL DADE (BAG AND PAPER) | 255 ROUTE 1 AND 9 | JERSEY CITY, NJ 07306 |
| 7642039 | INKIT INC. | 901 N MARKET ST #705 | WILMINGTON, DE 19801 |
| 7642040 | ISLAND FRESH LLC | 257 SCHOLES STREET | BROOKYLN, NY 11206 |
| 7642041 | JFS ACCOUNTING & TAX SERVICE | 2559 MORRIS AVENUE C | UNION, NJ 07083 |
| 7642042 | KUSTOMER.COM | 530 7TH AVENUE, SUITE 1601 | NEW YORK, NY 10018 |
| 7642043 | LA SPECIALTY PRODUCE CO. | 13527 ORDEN DR. | SANTA FE SPRING, CA 90670 |
| 7642044 | LEGAL SHIELD | P.O. BOX 2629 | ADA, OK 74821–2629 |
| 7642045 | LENDINGTGTREE | P.O. BOX 840470 | DALLAS, TX 75284–0470 |
| 7642046 | LIPMAN PRODUCE | 800 GROVE ROAD | WEST DEPTFORD TWP, NJ 08086 |
| 7642047 | LUCAS ASSOCIATES INC. | P.O. BOX 638364 | CINCINNATI, OH 45263–8364 |
| 7642048 | M. POVINELLI | 318 9TH STREET | FAITVIEW, NJ 07022 |
| 7642049 | MANISCALCO & PICONE | 2493 RICHMOND ROAD | STATEN ISLAND, NY 10306–1936 |
| 7642050 | MARKETMAN | 2150 SHATTUCK AVENUE | BERKELEY, CA 94704 |
| 7642051 | MERITECH SYSTEMS LLC | 720 CORPORATE CIRCLE, SUITE K | GOLDEN, CO 80401 |
| 7642052 | MILE SQUARE ROOFING CO | 200 ELLEEN TERRACE | HACKENSACK, NJ 07601 |
| 7642053 | MIQ DIGITAL USA, INC. | 261 FIFTH AVENUE, 26TH FLOOR | NEW YORK, NY 10016 |
| 7642054 | MOUNTAIN HIGH ORGANICS | PO BOX 1450, 9 SOUTH MAIN ST. | NEW MILFORD, CT 06776 |
| 7642055 | MPS MALACHY PARTS & SERVICE | P.O. BOX 4117 | BAYONNE, NJ 07002 |
| 7642056 | MULTIVAC | P.O. BOX CH 17573 | PALATINE, IL 60055–7573 |
| 7642057 | NANCY TANOR | 26503 BASSWOOD AVE | RANCHO PALOS, CA 90275 |
| 7642058 | NATIONAL GRID | P.O. BOX 11742 | NEWARK, NJ 07101 |
| 7642059 | NATURE'S PRODUCE | 3305 BANDINI BLVD | VERNON, CA 90058 |
| 7642060 | NAVITAS CREDIT CORP | 201 EXECUTIVE CENTER DRIVE, SUITE 100 | COLUMBIA, SC 29210 |
| 7642061 | NEW CARSUN HILLS | P.O. BOX 415943 | BOSTON, MA 02241–5943 |
| 7642062 | NEXT PHASE # 1118 | 7610 OLD GEORGETOWN RD. | BETHESDA, MD 20814 |
| 7642063 | NOOR STAFFING GROUP | P.O. BOX 75343 | CHICAGO, IL 60675–5343 |
| 7642064 | NORTHEAST CROSSFIT | 271 MAIN STREET | EASTCHESTER, NY 10709 |
| 7642065 | NUTRIFRESH HPP LLC | 145 TALMADGE RD, SUITE #4 | EDISON, NJ 08817 |
| 7642066 | NYC DEPARTMENT OF FINANCE | P.O. BOX 3933 | NEW YORK, NY 10008–3933 |
| 7642067 | NYS INSURANCE FUND | 1 WATERVLIET AVENUE. EXT. | ALBANY, NY 12206 |
| 7642068 | OCULUS CROSSFIT | 111 FULTON STREET | NEW YORK, NY 10038 |
| 7642069 | ONIER ACEVEDO TORIBIO | 380 FAYETTE STREET | PERTH AMBOY, NJ 08861 |
| 7642070 | ONSITE PERSONNEL | PO BOX 634 | MONTGOMERYVILLE, PA 18936 |
| 7642071 | OPTIMUM | P.O. BOX 9256 | CHELSEA, MA 02150–9256 |
| 7642072 | OPTIMUM FOODSERVICE SOLUTIONS LLC | 177 SOUTH CENTRE ST., STE M | MERCHANTVILLE, NJ 08109 |
| 7642073 | ORICS INDUSTRIES INC. | 240 SMITH STREET, | FARMINGDALE, NY 11735 |
| 7642074 | PACIFIC COAST CLEANING | 118 MAGNOLIA AVE | LONG BEACH, CA 90813 |

| | | | |
|---|---|---|---|
| 7642075 | PACKAGING SPECIALTIES NJ, CO. | PO BOX 398, 101 NORTH 8TH STREET | KENILWORTH, NJ 07033 |
| 7642076 | PARADISO CROSSFIT CULVER CITY | 711 HAMPTON DRIVE | VENICE, CA 90291 |
| 7642077 | PARKS COFFEE CALIFORNIA, INC | P.O. BOX 110914 | CARROLTON, TX 75011–0914 |
| 7642078 | PAUL BUNYAN FITNESS #941 | 10 CAMPUS BLVD | NEWTOWN SQUARE, PA 19073 |
| 7642079 | PEDERSON'S NATURAL FARMS | 1207 S. RICE | HAMILTON, TX 76531 |
| 7642080 | PEPCO | PO BOX 13608 | PHILADELPHIA, PA 19101–3608 |
| 7642081 | PLM TRAILER LEASING | 3 GATEWAY CENTER | NEWARK, NJ 07102 |
| 7642082 | PREFERRED REMODELING LLC | 1247 NEW MARKET AVE | SOUTH PLAINFIELD, NJ 07080 |
| 7642083 | PRIME TIME COLD STORAGE LLC | 1065 E WALNUT STREET | CARSON, CA 90746 |
| 7642084 | RAYMOND OF NEW JERSEY LLC | 1000 BRIGHTON ST. | UNION, NJ 07083 |
| 7642085 | REEBOK CROSSFIT LAB | 1146 N POINSETTIA PL. | WEST HOLLYWOOD, CA 90046 |
| 7642086 | REORG RESEARCH INC | 11 MADISON SQUARE N, 12TH FLOOR | NEW YORK, NY 10010 |
| 7642087 | REPUBLIC SERVICES | 2101 BUSSE RD | MT. PROSPECT, IL 60056 |
| 7642088 | RESCUING LEFTOVER CUISINE | 25 BROADWAY, 12TH FLOOR | NEW YORK, NY 10004 |
| 7642089 | RIVIERA PRODUCE CORP | 205 JACKSON STREET | ENGLEWOOD, NJ 07631 |
| 7642090 | ROCKER BROS. | 405 NO. CENTINELA AVENUE | INGLEWOOD, CA 90302 |
| 7642091 | RYDER TRANSPORTATION SERVICES | P.O. BOX 96723 | CHICARGO, IL 60693–6723 |
| 7642092 | SAFETY SOURCE INC. | 1251 N. MANASSERRO ST., STE. 405B | ANAHEIM, CA 92807 |
| 7642093 | SALESFORCE INC | 415 MISSION STREET, 3RD FL | SAN FRANSISCO, CA 94105 |
| 7642094 | SHEER ID, INC. | 620 SW 5TH AVE. | PORTLAND, OR 97204 |
| 7642095 | SMART CARE EQUIPMENT SOLUTIONS | P.O. BOX 74008980 | CHICARGO, IL 60674–8980 |
| 7642096 | SMITH CORONA CORP | P.O. BOX 392337 | CLEVELAND, OH 44193 |
| 7642097 | SUNBELT RENTALS | 600 ROUTE 440 CONNECTION | PERTH AMBOY, NJ 08861 |
| 7642098 | SYSCO LONG ISLAND | 199 LOWELL AVE. | CENTRAL ISLIP, NY 11722–3863 |
| 7642099 | SYSCO LOS ANGELES, INC. | 20701 EAST CURRIER ROAD | WALNUT, CA 91789 |
| 7642100 | SYSTEM ID BARCODE SOLUTIONS | 1400 10TH STREET | PLANO, TX 75074 |
| 7642101 | TAILWIND ENDURANCE | 11 312 W. 104TH STREET | NEW YORK, NY 10025 |
| 7642102 | TEADS, INC. | P.O. BOX 392254 | PITTSBURGH, PA 15251–9254 |
| 7642103 | TEMPER PACK | 228 PARK AVE S, #58839 | NEW YORK, NY 10003–1502 |
| 7642104 | THE GIANNUZZI GROUP LLP | 411 W. 14TH ST. 4TH FLOOR | NEW YORK, NY 10014 |
| 7642105 | THE HUSTLE | 251 KEARNY STREET, SUITE 300 | SAN FRANSISCO, CA 94108 |
| 7642106 | THE OUT FOUNDATION | 387 PARK AVE S 5TH FL | NEW YORK, NY 10016 |
| 7642107 | THE WALL (CROSSFIT# 1476) | 969 HILGARD AVENUE 607 | LOS ANGELES, CA 90036 |
| 7642108 | THERMAL SERVICE OF NJ INC. | P.O. BOX 6554 | EDISON, NJ 08818 |
| 7642109 | THRIVE FIT | 17406 TILLER CT., SUITE 1000 | WESTFEILD, IN 46074 |
| 7642110 | TIME WARNER CABLE – LA | PO BOX 60074 | CITY OF INDUSTRY, CA 91716 |
| 7642111 | TWILIO, INC. | 375 BEALE STREET, SUITE 300 | SAN FRANCISCO, CA 94105 |
| 7642112 | UBERGIG, LLC | 1–55 BORDEN AVE. 23B | LONG ISLAND CITY, NY 11101 |
| 7642113 | ULINE | PO BOX 88741 | CHICARGO, IL 60680–1741 |
| 7642114 | UNIFIED PAPER & PACKAGING | 1809 EAST 42ND STREET | LOS ANGELES, CA 90058 |
| 7642115 | VALENTE YEAST COMPANY, INC | 61–26 MAURICE AVE | MASPETH, NY 11378 |
| 7642116 | VERIZON | PO BOX 660108 | DALLAS, TX 75266 |
| 7642117 | W.B. MASON CO., INC. | 59 CENTRE ST | BROCKTON, MA 02301 |
| 7642118 | WAGE WORKS INC | PO BOX 45772 | SAN FRANSISCO, CA 94145 |
| 7642119 | WASTE RESOURCES CARSON | P.O. BOX 2799 | GARDENA, CA 90247–0799 |
| 7642120 | WEST CENTRAL FOOD SERVICE | 12840 LEVYA ST. | NORWALK, CA 90650 |
| 7642121 | WHOLE 30 | 422 EAST 3335 SOUTH | SALT LAKE CITY, UT 84115 |
| 7642122 | ZANOVOY, LLC | 173 HUEGUENOT ST, SUITE 200 | NEW ROCHELLE, NY 10801 |

TOTAL: 175