**Fill in this information to identify the case:**

Debtor name   **High Quality Nutrition Company LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **19-13675**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 17, 2019**      X */s/ Don Baxter*
                                          Signature of individual signing on behalf of debtor

                                          **Don Baxter**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **High Quality Nutrition Company LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **19-13675**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
       Copy line 88 from *Schedule A/B*........................................................................................   $      0.00

    **1b. Total personal property:**
       Copy line 91A from *Schedule A/B*.....................................................................................   $      3,372,175.64

    **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*.......................................................................................   $      3,372,175.64

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      6,831,722.04

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $      313,540.92

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$      6,334,281.13

4.   Total liabilities .............................................................................................
    Lines 2 + 3a + 3b        $      13,479,544.09

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **High Quality Nutrition Company LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **19-13675** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

| 7. | Deposits, including security deposits and utility deposits | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Security Deposit (Commercial Lease)**<br>**Reorg Research Inc.**<br>**11 Madison Square North**<br>**New York, NY 10010** | **$89,659.96** |
| 7.2. | **Security Deposit (Commercial Lease)**<br>**Dragonis Investments, LLC**<br>**P.O. Box 6152**<br>**Woodland Hills, CA 91365** | **$42,862.44** |
| 7.3. | **Security Deposit (Warehouse)**<br>**Self Storage Management Company**<br>**18527 S Broadway, Gardena CA 90248** | **$18,294.00** |
| 7.4. | **Security Deposit (Leased Vans)**<br>**Ryder Transportation Services**<br>**11690 NW 105th Street**<br>**Miami, FL 33178-1103** | **$83,400.00** |
| 7.5. | **Security Deposit (Commercial Lease)**<br>**Top 10 Business Center, LLC** | **$1,517.60** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **High Quality Nutrition Company LLC** | Case number *(If known)* **19-13675** |
|---|---|---|
| | Name | |

1035 N. McQueen Rd., # 108
Gilbert, AZ 85233

| | | |
|---|---|---|
| 7.6. | Security Deposit (Commercial Lease)<br>**ACP BK I, LLC**<br>**630 Flushing Avenue**<br>**Brooklyn, NY 112016** | $44,757.91 |
| 7.7. | Security Deposit (Commercial Lease)<br>**GUV IL 5 LLC**<br>**c/o Greenfield Partners, LLC**<br>**2 Post Road West**<br>**Westport, CT 06880** | $1,799.35 |
| 7.8. | Security Deposit (Commercial Lease)<br>**Alcatraz IEC LLC**<br>**55 S. State Avenue**<br>**Indianapolis IN 46201** | $1,300.00 |
| 7.9. | Security Deposit (Commercial Lease)<br>**JRE Eleven LLC**<br>**300 Godfrey Ave**<br>**Philadelphia, PA 19120** | $1,400.00 |
| 7.10. | Security Deposit (Commercial Lease)<br>**Porter Family Trust**<br>**915 Pleasant Street**<br>**Norwood, MA 02062** | $5,000.00 |
| 7.11. | Security Deposit (Commercial Lease)<br>**9215, LLC**<br>**9215 51st Avenue**<br>**College Park, MD 20740** | $6,800.00 |
| 7.12. | Security Deposit (Commercial Lease)<br>**Fryrose Enterprises**<br>**P.O. Box 744**<br>**Dayton, OH 45401** | $2,391.67 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepayment to Invictus Fitness Inc. for sponsorship**<br>**10999 Sorrento Valley Rd.**<br>**San Diego, CA 92121** | $12,500.00 |
| 8.2. | **Prepayment to Los Angeles County Tax Collector for property tax through 6/30/20** | $1,055.64 |
| 8.3. | **Prepayment to KeepTruckin, Inc. for cellular ELD & dashcam services**<br>**370 Townsend Street**<br>**San Francisco, CA 94107** | $2,919.05 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **High Quality Nutrition Company LLC** | Case number *(If known)* **19-13675** |
|---|---|---|
| | Name | |

| 8.4. | **Prepayment on executory contract with Xiamen Win Win Bag Co. Ltd for purchase of small cooler bags** | $31,869.00 |
|---|---|---|
| 8.5. | **Prepayment on executory contract with Salesforce.com for services through 1/25/20** | $14,024.96 |
| 8.6. | **Prepayment on executory contract with Kustomer, Inc. for services through 9/27/20** | $11,760.00 |
| 8.7. | **Credit from Next Phase Inc, LLC** | $511.47 |
| 8.8. | **Credit from Bay Alarm Company** | $387.59 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$374,210.64

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | **3,934.41** | - | **3,934.41** | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**(Other receivables) Employee advance: Gregory L Grossman**

| 11b. Over 90 days old: | **2,431.18** | - | **2,431.18** | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**(Other receivables) Employee advance: Sedjro Adoukonou**

| 11b. Over 90 days old: | **2,500.78** | - | **2,500.78** | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**(Other receivables) Employee advance: Benjamin Wisner**

| 11b. Over 90 days old: | **1,322.04** | - | **1,322.04** | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**(Other receivables) Employee advance: Tabitha Doe**

| 11b. Over 90 days old: | **1,844.45** | - | **1,844.45** | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**(Other receivables) Employee advance: Innzzoudine M Tidjani**

| 11b. Over 90 days old: | **3,276.00** | - | **3,276.00** | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**(Other receivables) Employee advance: Michael P Leach**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **High Quality Nutrition Company LLC** | Case number *(If known)* **19-13675** |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | **3,269.48** | - | **3,269.48** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Gerald Stewart**

| 11b. Over 90 days old: | **129.00** | - | **129.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: S. White**

| 11b. Over 90 days old: | **1,569.70** | - | **1,569.70** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Zanna K Peterson**

| 11b. Over 90 days old: | **2,400.00** | - | **2,400.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Yaneth Ortega**

| 11b. Over 90 days old: | **500.00** | - | **500.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Marcus Jackson III**

| 11b. Over 90 days old: | **970.75** | - | **970.75** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Chioke A Barbour**

| 11b. Over 90 days old: | **3,201.90** | - | **3,201.90** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Godfrey Ramsay**

| 11b. Over 90 days old: | **150.00** | - | **150.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Jackeline A Santana De Lopez**

| 11b. Over 90 days old: | **700.00** | - | **700.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Wyatt Williams**

| 11b. Over 90 days old: | **250.00** | - | **250.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Javon Turner**

| 11b. Over 90 days old: | **100.00** | - | **100.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Shakeil Rembert**

| 11b. Over 90 days old: | **1,400.00** | - | **1,400.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Tabitha Doe**

| 11b. Over 90 days old: | **200.00** | - | **200.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Kyle Baker**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **High Quality Nutrition Company LLC** | Case number *(If known)* **19-13675** |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | **451.56** | - | **451.56** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Javon Turner**

| 11b. Over 90 days old: | **250.00** | - | **250.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Janay Stephens**

| 11b. Over 90 days old: | **300.00** | - | **300.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Daymon R Gist**

| 11b. Over 90 days old: | **500.00** | - | **500.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Dearell Sheppard**

| 11b. Over 90 days old: | **500.00** | - | **500.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Yokasta Tiburcio De Ferreira**

| 11b. Over 90 days old: | **600.00** | - | **600.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Abdullah R Barr**

| 11b. Over 90 days old: | **250.00** | - | **250.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Terrence L Pickett**

| 11b. Over 90 days old: | **350.00** | - | **350.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Michael A Edwards**

| 11b. Over 90 days old: | **500.00** | - | **500.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Jermaine Wright**

| 11b. Over 90 days old: | **500.00** | - | **500.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Michelle Moore**

| 11b. Over 90 days old: | **500.00** | - | **500.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Perry D Moore**

| 11b. Over 90 days old: | **500.00** | - | **500.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Patrick McKay**

| 11b. Over 90 days old: | **500.00** | - | **500.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Brian Kersey**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Quality Nutrition Company LLC** | Case number *(If known)* **19-13675** |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | **500.00** | - | **500.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Melissa Pierce**

| 11b. Over 90 days old: | **1,720.00** | - | **1,720.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Renaldo W Graham**

| 11b. Over 90 days old: | **2,400.00** | - | **2,400.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: W. Wyatt**

| 11b. Over 90 days old: | **2,544.78** | - | **2,544.78** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Perry D Moore**

| 11b. Over 90 days old: | **2,779.13** | - | **2,779.13** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Carlos K Brown**

| 11b. Over 90 days old: | **2,980.64** | - | **2,980.64** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Alecia J Carter**

| 11b. Over 90 days old: | **2,980.64** | - | **2,980.64** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**(Other receivables) Employee advance: Alecia J Carter**

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$0.00**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Kettlebell Fridges** | | **Unknown** | **Investment value** | **$198,875.00** |
| **48 oz. Ice Packs** | | **Unknown** | **Investment value** | **$29,792.00** |

Debtor    **High Quality Nutrition Company LLC**                    Case number *(If known)* **19-13675**
Name

| | | | | |
|---|---|---|---|---|
| **80 oz. Ice Packs** | | **Unknown** | **Investment value** | **$19,713.00** |
| **Pack Unit 18 CS/50 Pallet** | | **Unknown** | **Investment value** | **$17,100.00** |
| **Pack Unit 12 CS/50 Pallet** | | **Unknown** | **Investment value** | **$2,940.00** |
| **Pack Unit 7 CS/50 Pallet** | | **Unknown** | **Investment value** | **$27,048.00** |
| **Other packaging material (branded & non-branded)** | | **Unknown** | | **Unknown** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                              **$295,468.00**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** <br> **Various pieces of office furniture (approx. 30 pieces)** | **Unknown** | | **Unknown** |

40.    **Office fixtures**

Debtor    **High Quality Nutrition Company LLC**                          Case number *(If known)* **19-13675**
       Name

**41.**  **Office equipment, including all computer equipment and communication systems equipment and software**
    **Various pieces of computer equipment (approx. 7 pieces)**

| | | |
|---|---|---|
| Unknown | Comparable sale | $2,100.00 |

**42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $2,100.00 |

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2015 Mercedes Sprinter** | Unknown | Appraisal | $35,291.00 |
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**  **Aircraft and accessories** | | | |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Unitherm Grill/Oven/Blast Chiller** | Unknown | Recent cost | $1,407,948.00 |
| **Clayton Steam Master CSMG-40-SE** | Unknown | Recent cost | $592,052.00 |
| **Robot Coupe Model No. BLIXER 30** | Unknown | Recent cost | $10,803.00 |
| **Culinary Depot Tilt Skillet** | $24,952.00 | Replacement | $12,145.00 |
| **Vegetable Washer** | Unknown | Recent cost | $83,583.00 |
| **Raymond of New Jersey Forklift Model R40TT** | Unknown | Comparable sale | $13,069.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **High Quality Nutrition Company LLC**                    Case number *(If known)* **19-13675**
Name

| | | | |
|---|---|---|---|
| **Strongway Mini Pallet Jack** | **Unknown** | **Comparable sale** | **$417.00** |
| **Various kitchen equipment** | **Unknown** | | **Unknown** |
| **Tennant T300E-500E Scrubber w/ Accessories** | **Unknown** | | **Unknown** |
| **WASP Label applicators (two)** | **$1,698.00** | **Appraisal** | **Unknown** |
| **Orics MAP Packing & Accessories** | **Unknown** | | **Unknown** |
| **Raymond of New Jersey Pallet Jack Model S18-30622** | **Unknown** | | **Unknown** |
| **Boot scrubber** | **Unknown** | | **Unknown** |
| **Hand Sanitizer** | **Unknown** | | **Unknown** |
| **Turn Stile** | **Unknown** | | **Unknown** |
| **Various Air Hand Blowers (high velocity and low velocity)** | **Unknown** | | **Unknown** |
| **Ingersoll-Rand Air Compressors (three)** | **Unknown** | | **Unknown** |
| **Bush R5 Vac Pump** | **Unknown** | | **Unknown** |
| **Koolant Cooler** | **Unknown** | | **Unknown** |
| **MAP Drive Chain** | **Unknown** | | **Unknown** |
| **Belt Drive** | **Unknown** | | **Unknown** |
| **Bush R5 Vac Pump (double)** | **Unknown** | | **Unknown** |
| **Roller Washer** | **Unknown** | | **Unknown** |
| **Cut Sort Table** | **Unknown** | | **Unknown** |
| **Bi-Directional Belt** | **Unknown** | | **Unknown** |
| **ARC Stand Up Narrow Isle Reach Truck** | **Unknown** | | **Unknown** |
| **Battery Mate Battery Charger** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **High Quality Nutrition Company LLC** | Case number *(If known)* **19-13675** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **North Eastern Battery Charger** | **Unknown** | | **Unknown** |
| **Water Heater** | **Unknown** | | **Unknown** |
| **Dish Machine** | **Unknown** | | **Unknown** |
| **Hobart Floor Mixers (three)** | **Unknown** | | **Unknown** |
| **Oven Exit Belt** | **Unknown** | | **Unknown** |
| **Oven CIP** | **Unknown** | | **Unknown** |
| **Freezer CIP** | **Unknown** | | **Unknown** |
| **Rational Ovens (four)** | **Unknown** | | **Unknown** |
| **Floor Scale** | **Unknown** | | **Unknown** |
| **Ribbon Blendor** | **Unknown** | | **Unknown** |
| **Walk-in Box Blowers (three)** | **Unknown** | | **Unknown** |
| **Rational Oven 40461697** | **Unknown** | **Replacement** | **$15,503.00** |
| **Rational Oven 40441516** | **Unknown** | **Comparable sale** | **$23,532.00** |
| **Multivac C550 Vacuum; Retrofit JHI 1500** | **Unknown** | **Comparable sale** | **$35,251.00** |
| **Multivac Model T600L Vacuum Packaging System** | **Unknown** | **Comparable sale** | **$98,711.00** |
| **Multivac Model T800L Vacuum Packaging System** | **Unknown** | **Comparable sale** | **$272,092.00** |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| **$2,600,397.00** |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **High Quality Nutrition Company LLC** | Case number *(If known)* **19-13675** |
|---|---|---|
| | Name | |

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Cold/dry storage 640 Flushing Ave., 4th Fl Brooklyn, NY, 11206** | Leasehold | Unknown | | Unknown |
| 55.2.   **Cold/dry storage 55 S State Ave Indianapolis, IN, 46201** | Leasehold | Unknown | | Unknown |
| 55.3.   **Office, Warehouse and Maufacturing 7 Sunfield Ave. Edison, NJ 08837** | Leasehold | Unknown | | Unknown |
| 55.4.   **Warehouse 87 Sunfield Ave. Edison, NJ 08837** | Leasehold | Unknown | | Unknown |
| 55.5.   **Office space 11 East 26th Street, 20th Fl. New York, NY 10010** | Leasehold | Unknown | | Unknown |
| 55.6.   **Cold/dry storage 2444-2448 Stanley Ave. Dayton OH 45404** | Leasehold | Unknown | | Unknown |
| 55.7.   **Cold/dry storage 80 Wampus Lane Milford, CT** | Leasehold | Unknown | | Unknown |
| 55.8.   **Cold/dry storage 915 Pleasant Street Norwood, MA 02062** | Leasehold | Unknown | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Quality Nutrition Company LLC** | | Case number *(If known)* **19-13675** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.9. | **Cold/dry storage**<br>**9215 51st Avenue**<br>**College Park, MD**<br>**20740** | Leasehold | Unknown | Unknown |
| 55.10. | **Cold/dry storage**<br>**300 Godfrey Ave.**<br>**Philadephia, PA**<br>**19120** | Leasehold | Unknown | Unknown |
| 55.11. | **Cold/dry storage**<br>**884 Eagle Drive**<br>**Beuserville, Il** | Leasehold | Unknown | Unknown |
| 55.12. | **Office, Warehouse**<br>**and Manufacturing**<br>**18527 S Broadway**<br>**Gardena, CA 90248** | Leasehold | Unknown | Unknown |
| 55.13. | **Warehouse**<br>**5245 W 102nd St**<br>**#5221**<br>**Los Angeles, CA**<br>**90045** | Leasehold | Unknown | Unknown |
| 55.14. | **Cold/dry storage**<br>**1035 McQueen Rd.,**<br>**#108**<br>**Gilbert, AZ 85233** | Leasehold | Unknown | Unknown |

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **High Quality Nutrition Company LLC** | Case number *(If known)* **19-13675** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | **U.S. Trademark: KETTLEBELL KITCHEN in Class 29 in the United States (O/Ref: KBK-0004-US)** | **Unknown** | | **$0.00** |
| | **U.S. Trademark: KETTLEBELL KITCHEN in Class 39 in the United States (O/Ref: KBK-0005-US)** | **Unknown** | | **$0.00** |
| | **U.S. Trademark: FEED THE CHAMPION IN YOU No. 88020899 in Cl 29, 39, 43 in the U.S.** | **Unknown** | | **$0.00** |
| 61. | **Internet domain names and websites** **Various web domain names (including kettlebellkitchen.com & vynelife.com)** | **$0.00** | | **$0.00** |

| | | | |
|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
 ■ No
 ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
 ■ No
 ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
 Include all interests in executory contracts and unexpired leases not previously reported on this form.

 ☐ No. Go to Part 12.
 ■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
 Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
 Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| | | |
|---|---|---|
| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 13 |

Debtor    **High Quality Nutrition Company LLC**                    Case number *(If known)*  **19-13675**
_____
Name

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|  | **Other reveivables** | |
|  | **Sale of customer list to Territory Foods, Inc.** | **$100,000.00** |

---

| 78. | **Total of Part 11.** | |
|---|---|---|
|  | Add lines 71 through 77. Copy the total to line 90. | **$100,000.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **High Quality Nutrition Company LLC**                                    Case number *(If known)* **19-13675**
_____
Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $374,210.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $295,468.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,600,397.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,372,175.64 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                    $3,372,175.64

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **High Quality Nutrition Company LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-13675**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | CSC Leasing Co. | Describe debtor's property that is subject to a lien | $1,407,948.00 | $1,407,948.00 |
|---|---|---|---|---|

**2.1**

**CSC Leasing Co.**
Creditor's Name

**6806 Paragon Place,**
**STE 170**
**Richmond, VA 23210**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Unitherm Grill/Oven/Blast Chiller**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,407,948.00
Column B: $1,407,948.00

---

**2.2**

**Multiplier Capital II LP**
Creditor's Name

**1920 L Street NW, Ste 550**
**Washington, DC 20036**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**April 23, 2019**
**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien
**Floating security interest in all assets**

Describe the lien
**Floating lien on all assets**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: $5,000,000.00

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if know) | **19-13675** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Multivac, Inc.** | Describe debtor's property that is subject to a lien | $35,251.00 | $35,251.00 |
|---|---|---|---|---|

Creditor's Name

**11021 N Pomona Avenue
Kansas City, MO 64153**

Creditor's mailing address

**Multivac C550 Vacuum; Retrofit JHI 1500**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Multivac, Inc.** | Describe debtor's property that is subject to a lien | $92,959.07 | $98,711.00 |
|---|---|---|---|---|

Creditor's Name

**11021 N Pomona Avenue
Kansas City, MO 64153**

Creditor's mailing address

**Multivac Model T600L Vacuum Packaging System**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Multivac, Inc.** | Describe debtor's property that is subject to a lien | $260,417.52 | $272,092.00 |
|---|---|---|---|---|

Creditor's Name

**11021 N Pomona Avenue
Kansas City, MO 64153**

Creditor's mailing address

**Multivac Model T800L Vacuum Packaging System**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **High Quality Nutrition Company LLC**                                    Case number (if know)   **19-13675**
          Name

|  | **Is anyone else liable on this claim?** |
| --- | --- |
| **Date debt was incurred** | ☑ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| --- | --- |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.6 | **Navitas Credit Corp.** | **Describe debtor's property that is subject to a lien** | $13,344.80 | $15,503.00 |
| --- | --- | --- | --- | --- |
|  | Creditor's Name | **Rational Oven 40461697** | | |

**200 Executive Center Drive, Ste 100
Columbia, SC 29210**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| --- | --- |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.7 | **Navitas Credit Corp.** | **Describe debtor's property that is subject to a lien** | $21,801.65 | $23,532.00 |
| --- | --- | --- | --- | --- |
|  | Creditor's Name | **Rational Oven 40441516** | | |

**200 Executive Center Drive, Ste 100
Columbia, SC 29210**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| --- | --- |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $6,831,722.04 |
| --- | --- | --- |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 3 of 4

| Debtor | **High Quality Nutrition Company LLC** | Case number (*if know*) | **19-13675** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206D                 Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                 page 4 of 4

| Fill in this information to identify the case: |
|---|
| Debtor name   **High Quality Nutrition Company LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)   **19-13675** |

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,428.00** | **$2,428.00** |

| 2.1 | Priority creditor's name and mailing address<br>**Comptroller of Maryland**<br>**Revenue Administration Division**<br>**110 Carroll Street**<br>**Annapolis,, MD 21411-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,428.00** | **$2,428.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/1/19** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Connecticut Department of**<br>**Revenue**<br>**P.O. Box 5030**<br>**Hartford, CT 06102-5030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,231.00** | **$7,231.00** |
| | Date or dates debt was incurred<br>**11/1/19** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,843.00** | **$1,843.00** |
|---|---|---|---|---|
| | **D.C Office of Tax and Revenue** | Check all that apply. | | |
| | **1101 4th Street S.W., Ste 270 West** | ☐ Contingent | | |
| | **Washington, DC 20024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **11/1/19** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,421.00** | **$12,421.00** |
|---|---|---|---|---|
| | **Illinois Department of Revenue** | Check all that apply. | | |
| | **100 West Randolph Street** | ☐ Contingent | | |
| | **Chicago, IL 60601-0001** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **11/1/19** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,025.00** | **$2,025.00** |
|---|---|---|---|---|
| | **Indiana Department of Revenue** | Check all that apply. | | |
| | **P.O. Box 7218** | ☐ Contingent | | |
| | **Indianapolis, IN 46207-7218** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **11/1/19** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$153.60** | **$153.60** |
|---|---|---|---|---|
| | **Jamil McKinney** | Check all that apply. | | |
| | **433 South 11th Street** | ☐ Contingent | | |
| | **97 Sunfield Avenue** | ☐ Unliquidated | | |
| | **Newark, NJ 07103** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **10/31/19** | **Wages, Salaries, and Commissions** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $735.00 | $735.00 |
|---|---|---|---|---|

**Kentucky Department of Revenue**
**501 High Street**
**Frankfort, KY 40601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/1/19** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.00 | $820.00 |
|---|---|---|---|---|

**Krishan Prakash**
**732 South Elmhurst Avenue**
**Oakland, CA 94603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/31/19** | **Wages, Salaries, and Commissions** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

**Luis Garcia**
**333 69th Street, Apt. 1**
**Guttenberg, NJ 07093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/7/19** | **Wages, Salaries, and Commissions** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,894.00 | $13,894.00 |
|---|---|---|---|---|

**Massachusetts Department of**
**Revenue**
**P.O. Box 419257**
**Boston, MA 02241-9257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/1/19** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **High Quality Nutrition Company LLC** | Case number (*if known*) | **19-13675** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $640.00 | $640.00 |
|---|---|---|---|---|

**Nathaniel Steward**
**101 Riverview Avenue, Apt. 3**
**New London, CT 06320**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/7/19** | **Wages, Salaries, and Commissions** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,950.00 | $13,950.00 |
|---|---|---|---|---|

**New Jersey Department of the**
**Treasury**
**P.O. Box 002**
**Trenton, NJ 08625-0002**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/1/19** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $241,270.32 | $229,356.32 |
|---|---|---|---|---|

**NYC Department of Finance**
**P.O. Box 3640**
**New York, NY 10008**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/28/19** | **Income and sales taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,880.00 | $7,880.00 |
|---|---|---|---|---|

**Pennsylvania Department of**
**Revenue**
**P.O. Box 280905**
**Harrisburg, PA 17128-0905**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/1/19** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,067.00** | **$1,067.00** |
|---|---|---|---|---|---|
| | **Rhode Island Division of Taxation**<br>**148 West River Street**<br>**Providence, RI 02904-2615** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**11/1/19** | Basis for the claim:<br>**Sales Tax** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$3,878.00** | **$3,878.00** |
|---|---|---|---|---|---|
| | **Texas Comptroller of Public**<br>**Accounts**<br>**P.O. Box 149354**<br>**Austin, TX 78714-9354** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**11/1/19** | Basis for the claim:<br>**Sales Tax** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,855.00** | **$1,855.00** |
|---|---|---|---|---|---|
| | **Virginia Department of Taxation**<br>**P.O. Box 26627**<br>**Richmond, VA 23261-6627** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**11/1/19** | Basis for the claim:<br>**Sales Tax** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$730.00** | **$730.00** |
|---|---|---|---|---|---|
| | **Wisconsin Department of Revenue**<br>**P.O. Box 8921**<br>**Madison, WI 53708-8921** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**11/1/19** | Basis for the claim:<br>**Sales Tax** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

**Part 2:**     List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $82.17 |
|---|---|---|---|
| | **9215 LLC**<br>**P.O. Box 15630**<br>**Chevy Chase, MD 20825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __10/4/2019__ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,553.60 |
|---|---|---|---|
| | **A&B Cold Storage LLC**<br>**96 West Fourth St, Ste C**<br>**Minster, OH 45865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __10/1/2019__ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,308.19 |
|---|---|---|---|
| | **Ace Natural**<br>**41-38 37th Street**<br>**Long Island City, NY 11101** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __9/25/2019__ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,700.82 |
|---|---|---|---|
| | **ACP BK I LLC**<br>**630 Flushing Avenue**<br>**Brooklyn, NY 00011-2016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __10/17/2019__ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,806.75 |
|---|---|---|---|
| | **Action Staffing Group**<br>**1145 Elizabeth Avenue**<br>**Elizabeth, NJ 07201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __10/30/2019__ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $108,953.31 |
|---|---|---|---|
| | **AD RESULTS MEDIA, LLC**<br>**320 Westcott St., Ste 101**<br>**Houston, TX 77007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __9/4/2019__ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,187.55 |
|---|---|---|---|
| | **ADP LLC**<br>**P.O. Box 842875**<br>**Boston, MA 02284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __10/4/2019__ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.11** |
|---|---|---|---|

ADP Screening Selection Services
P.O. Box 645177
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,866.33** |
|---|---|---|---|

AdRoll, Inc.
2300 Harrison Street, 2nd Floor
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/28/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,906.30** |
|---|---|---|---|

Aflac Worldwide Headquarters
1932 Wynnton Road
Columbus, GA 31999

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.15** |
|---|---|---|---|

Aircall New York
33 West 17th Street
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/13/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,989.33** |
|---|---|---|---|

Airgas USA, LLC
P.O. Box 102289
Pasadena, CA 91189-2289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,434.82** |
|---|---|---|---|

All-Lines Leasing
100 Prairie Center Drive
Eden Prairie, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/17/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$994.77** |
|---|---|---|---|

Alpha Fire and Security Systems LLC
1147 65th Street
Brooklyn, NY 11219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Quality Nutrition Company LLC** | | Case number (if known) | **19-13675** |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$504.00** |
|---|---|---|---|
| | **American International Warehouse Inc.**<br>P.O. Box 1477<br>Edison, NJ 08818 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/31/2019** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,810.33** |
|---|---|---|---|
| | **Anchin**<br>P.O. Box 3202<br>New York, NY 10087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/7/2019** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,020.00** |
|---|---|---|---|
| | **Angelos Ice Service**<br>100 Sylvania Place<br>South Plainfield, NJ 07080 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/11/2019** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,133.15** |
|---|---|---|---|
| | **Area Distributors**<br>1102 S. 3rd Street<br>San Jose, CA 95112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/17/2019** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,009.88** |
|---|---|---|---|
| | **Atlantic Fire Protection**<br>53 Blevins Avenue United<br>Middletown, NJ 07748 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/8/2029** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,572.05** |
|---|---|---|---|
| | **AxleHire, Inc.**<br>1937 Davis Street, Unit A-1<br>San Leandro, CA 94577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/20/2019** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94,617.43** |
|---|---|---|---|
| | **Baldor Specialty Foods Inc.**<br>155 Food Center Drive<br>Bronx, NY 10474 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/14/2019** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **High Quality Nutrition Company LLC** | Case number *(if known)* | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,190.00**

**Banderas Professional Services**
**1242 N. New Hampshire Ave, #10**
**Los Angeles, CA 90029**

Date(s) debt was incurred  **10/5/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,436.01**

**Bluemark**
**27909 Hancock Pkwy**
**Valencia, CA 91355**

Date(s) debt was incurred  **9/12/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.97**

**Bright House Networks**
**P.O. Box 790450**
**Saint Louis, MO 63179-0450**

Date(s) debt was incurred  **10/3/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,594.36**

**BuckHead Meat North East**
**220 Raritan Center Pkwy**
**Edison, NJ 08837**

Date(s) debt was incurred  **10/29/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$531.25**

**Bullard Law Group PLLC**
**201 Old Country Road, Ste 120**
**Melville, NY 11747**

Date(s) debt was incurred  **8/25/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206,399.22**

**Bunzl Mid-Atlantic Region**
**10814 Northeast Avenue**
**Philadelphia, PA 19114**

Date(s) debt was incurred  **8/26/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,236.85**

**C&C Lift Truck Inc.**
**30 Parkway Place**
**Edison, NJ 08837**

Date(s) debt was incurred  **10/10/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,507.50**

**Call & Jensen**
**610 Newport Center Drive, Ste 700**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/30/2019**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$933.14**

**Canon Financial Services Inc.**
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/13/2019**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,000.00**

**Carpedia International Corp.**
**75 Navy Street**
**Oakville Ontario, L6J 2Z1 CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/25/2019**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,500.00**

**Central Entertainment Group, Inc.**
**1001 Avenue of Americas, 14th Fl.**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/29/2019**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00**

**Chalk Up Media Group LLC**
**217 N. Main Street, Ste 118**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/4/2019**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,874.90**

**Chester Plastic & Paper Sales**
**19 Industry Dr., Ste 100**
**Mountainville, NY 10953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/13/2019**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,809.13**

**Cintas Corporation # 062**
**P.O. Box 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/17/2019**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (*if known*) | **19-13675** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,123.62** |
|---|---|---|---|

**Cintas Corporation # 426**
P.O. Box 29059
Phoenix, AZ 85038-9059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/18/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$575.99** |
|---|---|---|---|

**CIT**
21146 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/29/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |
|---|---|---|---|

**Clayton Industries**
17477 Hurley Street
City of Industry, CA 91744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/9/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.73** |
|---|---|---|---|

**Comcast**
P.O. Box 3001
SouthEastern, PA 19398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/12/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183.24** |
|---|---|---|---|

**Comed**
P.O. Box 6111
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/25/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$966.02** |
|---|---|---|---|

**Commercial Kitchen Cleaning, Inc.**
P.O. Box 4301
Wayne, NJ 07474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/3/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,941.04** |
|---|---|---|---|

**Contango LLC**
228 East 45th Street, Ste 11 South
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/26/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$472.50** |
|---|---|---|---|

**Cozzini Bros**
**350 Howard Ave**
**Des Plaines, IL 60018**

Date(s) debt was incurred  **9/25/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,332.99** |
|---|---|---|---|

**Criteo Corp.**
**387 Park Avenue South, 11th Fl.**
**New York, NY 10016**

Date(s) debt was incurred  **7/31/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,633.90** |
|---|---|---|---|

**CrossFit NYC LLC**
**8 Grand Avenue**
**Brooklyn, NY 11205**

Date(s) debt was incurred  **9/28/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$362.02** |
|---|---|---|---|

**Crossfit West Sprinfield**
**7316 Mizzen Place**
**Burke, VA 22015**

Date(s) debt was incurred  **10/29/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107,828.53** |
|---|---|---|---|

**CSC Leasing Company**
**6806 Paragon Place, Ste 170**
**Richmond, VA 23230**

Date(s) debt was incurred  **10/7/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,136.13** |
|---|---|---|---|

**Custom Stiles Woodworking LLC**
**26 Munson Street**
**Milford, CT 06461**

Date(s) debt was incurred  **4/8/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**DBA Media LLC**
**750 N San Vicente Blvd., Ste 950**
**West Hollywood, CA 90069**

Date(s) debt was incurred  **9/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DC&A Logistics, Inc.**
**111-09 76th Road, Ste B9**
**Forest Hills, NY 11375**

Date(s) debt was incurred  **10/26/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$73,440.00

---

| 3.51 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dendev Design & Development Ltd.**
**19 West 24th Street**
**New York, NY 10010**

Date(s) debt was incurred  **10/31/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$15,573.52

---

| 3.52 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Docutrend Inc.**
**575 8th Avenue, 10th Fl.**
**New York, NY 10018**

Date(s) debt was incurred  **10/1/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$6,604.64

---

| 3.53 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donalson Company, Inc.**
**P.O. Box 207356**
**Dallas, TX 75320**

Date(s) debt was incurred  **10/19/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,772.96

---

| 3.54 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dragonis Investments, LLC**
**P.O. Box 6152**
**Woodland Hills, CA 91365**

Date(s) debt was incurred  **11/13/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$26,367.40

---

| 3.55 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**EAN Services LLC**
**P.O. Box 402383**
**Atlanta, GA 30384-2383**

Date(s) debt was incurred  **9/28/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,162.43

---

| 3.56 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Earl Walton 11**
**312 W. 104th Street**
**New York, NY 10025**

Date(s) debt was incurred  **6/13/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$482.12

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Eastern Quality Foods**
**236 Ponte Vedra Park, Drive 101**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred  **9/20/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$56,189.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Ecolab Inc.**
**P.O. Box 32027**
**New York, NY 10087**

Date(s) debt was incurred  **10/7/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,363.75**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Ecolab Pest Elimination**
**26252 Network Place**
**Chicago, IL 60673-1262**

Date(s) debt was incurred  **9/20/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$723.19**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Edison Lock & Door, Inc.**
**P.O. Box 994**
**Piscataway, NJ 08854**

Date(s) debt was incurred  **9/16/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$171.66**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Elaine Cost Financo Securities, LLC**
**540 Madison Avenue, 3rd Floor**
**New York, NY 10022**

Date(s) debt was incurred  **10/2/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,442.08**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Elevation Corporate Health LLC**
**11340 McCormick Road EP 4, Ste LL8**
**Hunt Valley, MD 21031**

Date(s) debt was incurred  **9/11/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Elizabethtown Gas**
**P.O. Box 5412**
**Carol Stream, IL 60197-5412**

Date(s) debt was incurred  **10/30/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,297.35**

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address
**Ex-Consultants Agency**
2800 28th St, Ste 385
Santa Monica, CA 90405

Date(s) debt was incurred  **10/8/2019**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$31,300.00**

---

**3.65** | Nonpriority creditor's name and mailing address
**Facebook, Inc.**
15161 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred  **9/4/2019**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$564,433.40**

---

**3.66** | Nonpriority creditor's name and mailing address
**Ferg Training Inc.**
5722 49th Street
Maspeth, NY 11378

Date(s) debt was incurred  **10/31/2019**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$840.00**

---

**3.67** | Nonpriority creditor's name and mailing address
**Fernando Beck**
97 Sunfield Avenue, Ste C
Edison, NJ 08837

Date(s) debt was incurred  **10/26/2019**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.68** | Nonpriority creditor's name and mailing address
**First Western Bank & Trust**
I00 Prairie Center Drive
Eden Prairie, MN 55344

Date(s) debt was incurred  **23-Jul-19**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.69** | Nonpriority creditor's name and mailing address
**Foremost Fire Protection LLC**
P.O. Box 434, 901 Montrose Ave.
South Plainfield, NJ 07080

Date(s) debt was incurred  **9/5/2019**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,075.08**

---

**3.70** | Nonpriority creditor's name and mailing address
**Fryrose Enterprises**
P. O. Box 744
Dayton, OH 45401

Date(s) debt was incurred  **9/26/2019**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,869.25**

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Gargiulo Produce**
**535 Sweetland Avenue**
**Hillside, NJ 07205**

Date(s) debt was incurred  **9/25/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$181,127.19**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Glacier Ice Inc.**
**339 Hancock Street**
**Brooklyn, NY 11216**

Date(s) debt was incurred  **10/9/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,265.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Globe Petroleum Inc.**
**P.O. Box 189**
**Eatontown, NJ 07724**

Date(s) debt was incurred  **10/15/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,810.37**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Golden State Water Co.**
**630 E. Foothill Blvd.**
**San Dimas, CA 91773**

Date(s) debt was incurred  **10/25/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$60.06**

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Google, Inc.**
**P.O. Box 39000, Dpt 33654**
**San Francisco, CA 94139**

Date(s) debt was incurred  **8/31/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$137,857.82**

---

**3.76**

**Nonpriority creditor's name and mailing address**
**GRAINGER.COM**
**1050 Walnut**
**Compton, CA 90220**

Date(s) debt was incurred  **9/25/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,606.41**

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Hoola Hoop LLC**
**520 West 198th Street, 5C**
**New York, NY 10011**

Date(s) debt was incurred  **10/11/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,827.30**

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.78**

**Nonpriority creditor's name and mailing address**

**HQNC Parent Inc.**
**161 Grand Street, PHA**
**New York, NY 10013**

Date(s) debt was incurred  **2-May-17**

Last 4 digits of account number  **___**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **The Debtor's agreement to indemnify HQNC Parent Inc. for any losses arising under a certain Equipment lease with Marlin Business Bank (Weber Model 4300 Label Printer/Applicator).**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79**

**Nonpriority creditor's name and mailing address**

**HQNC Parent Inc.**
**161 Grand Street, PHA**
**New York, NY 10013**

Date(s) debt was incurred  **2-May-17**

Last 4 digits of account number  **___**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **The Debtor's agreement to indemnify HQNC Parent Inc. for any losses arising under a certain Equipment lease with Marlin Business Bank (HD Vapor Steam Cleaner & Accessories 480V 3PH).**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80**

**Nonpriority creditor's name and mailing address**

**HQNC Parent Inc.**
**161 Grand Street, PHA**
**New York, NY 10013**

Date(s) debt was incurred  **2-May-17**

Last 4 digits of account number  **___**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **The Debtor's agreement to indemnify HQNC Parent Inc. for any losses arising under a certain Lease agreement between Canon Financial Services Inc., as an agent for Docutrend, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81**

**Nonpriority creditor's name and mailing address**

**HR Industries**
**605 Broad Avenue**
**Ridgefield, NJ 07657**

Date(s) debt was incurred  **9/17/2019**

Last 4 digits of account number  **___**

As of the petition filing date, the claim is: *Check all that apply.*                **$43,527.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Hunter Point LLC**
**641 Lexington Avenue, 15th Fl.**
**New York, NY 10022**

Date(s) debt was incurred  **10/29/2019**

Last 4 digits of account number  **___**

As of the petition filing date, the claim is: *Check all that apply.*                **$7,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Hygienah LLC**
**941 Avenida Acaso**
**Camarillo, CA 93012**

Date(s) debt was incurred  **10/8/2019**

Last 4 digits of account number  **___**

As of the petition filing date, the claim is: *Check all that apply.*                **$2,632.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,649.31** |
|---|---|---|---|

**Imperial Bag and Paper**
**255 Route 1 and 9**
**Jersey City, NJ 07306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,594.86** |
|---|---|---|---|

**Inkit Inc.**
**901 N Market, Ste 705**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,560.00** |
|---|---|---|---|

**Island Fresh LLC**
**257 Scholes Street**
**Brookyln, NY 11206**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/4/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,994.44** |
|---|---|---|---|

**JFS Accounting & Tax Services**
**2559 Morris Avenue C**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,809.96** |
|---|---|---|---|

**JPMorgan Chase Bank, N.A.**
**1111 Polaris Parkway**
**Columbus, OH 43240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases and cash advances (Chase Inc.)**

Last 4 digits of account number  **5096**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,760.00** |
|---|---|---|---|

**Kustomer.com**
**530 7th Avenue, Ste 1601**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/27/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,755.80** |
|---|---|---|---|

**LA Specialty Produce Co.**
**13527 Orden Dr.**
**Santa Fe Spring, CA 90670**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/12/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.91** | Nonpriority creditor's name and mailing address
**Lendingtgtree**
P.O. Box 840470
Dallas, TX 75284

Date(s) debt was incurred  **10/7/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$15,600.00**

---

**3.92** | Nonpriority creditor's name and mailing address
**Lipman Produce**
800 Grove Road West
Deptford Twp, NJ 08086

Date(s) debt was incurred  **9/24/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$29,139.63**

---

**3.93** | Nonpriority creditor's name and mailing address
**Lucas Associates Inc.**
P.O. Box 638364
Cincinnati, OH 45263

Date(s) debt was incurred  **7/22/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$52,212.00**

---

**3.94** | Nonpriority creditor's name and mailing address
**M. Povinelli**
318 9th Street
Faitview, NJ 07022

Date(s) debt was incurred  **9/23/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,066.29**

---

**3.95** | Nonpriority creditor's name and mailing address
**Maniscalco & Picone, CPAs, P.C.**
2493 Richmond Road
Staten Island, NY 10306

Date(s) debt was incurred  **9/4/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$8,757.50**

---

**3.96** | Nonpriority creditor's name and mailing address
**MarketMan**
2150 Shattuck Avenue
Berkeley, CA 94704

Date(s) debt was incurred  **9/23/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,396.00**

---

**3.97** | Nonpriority creditor's name and mailing address
**Meritech Systems LLC**
720 Corporate Circle, Ste K
Golden, CO 80401

Date(s) debt was incurred  **9/30/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,042.85**

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Michael Quilty**
**1 Surrey Lane**
**Rockville Centre, NY 11570**

Date(s) debt was incurred **8/14/19**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible note**

Is the claim subject to offset? ■ No ☐ Yes

**$236,969.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Michael Suckle**
**P.O. Box 156**
**Huntingdon Valley, PA 19006**

Date(s) debt was incurred **8/14/19**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible note**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Mile Square Roofing Co**
**200 Elleen Terrace**
**Hackensack, NJ 07601**

Date(s) debt was incurred **9/26/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,465.61**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**MIQ Digital Ltd.**
**261 Fifth Avenue, 26th Floor**
**New York, NY 10016**

Date(s) debt was incurred **8/25/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$60,550.54**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Mountain High Organics**
**P.O. Box 1450**
**New Milford, CT 06776**

Date(s) debt was incurred **10/2/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,137.42**

---

**3.103**

**Nonpriority creditor's name and mailing address**

**MPS Malachy Parts & Service**
**P.O. Box 4117**
**BAYONNE, NJ 07002**

Date(s) debt was incurred **9/30/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$634.44**

---

**3.104**

**Nonpriority creditor's name and mailing address**

**Multivac, Inc.**
**11021 N Pomona Avenue**
**Kansas City, MO 64153**

Date(s) debt was incurred **7/11/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,256.98**

---

| Debtor | **High Quality Nutrition Company LLC** | Case number *(if known)* | **19-13675** |
|---|---|---|---|
| | Name | | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.50** |
|---|---|---|---|

**Nancy Tanor**
**26503 Basswood Ave**
**Rancho Palos Verdes, CA 90275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/20/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.63** |
|---|---|---|---|

**National Grid**
**P.O. Box 11742**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,342.38** |
|---|---|---|---|

**Nature's Produce**
**3305 Bandini Blvd.**
**Vernon, CA 90058**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/12/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,619.80** |
|---|---|---|---|

**Navitas Credit Corp**
**201 Executive Center Drive, Ste 100**
**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,733.45** |
|---|---|---|---|

**NCP-KBK VI-A, Inc.**
**183 E Putnam Avenue**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/14/19**

Basis for the claim:  **Convertible note**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,292,384.62** |
|---|---|---|---|

**NCP-KBK, Inc.**
**183 E Putnam Avenue**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/14/2019**

Basis for the claim:  **Convertible note**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,071.44** |
|---|---|---|---|

**New Carsun Hills L.P.**
**c/o Summit Associates Inc.**
**RAR.PLAZA I.-R.CENTER**
**Edison, NJ 08818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.112**  **Nonpriority creditor's name and mailing address**

**Nicor Gas**
**P.O. Box 2020**
**Aurora, IL 60507-2020**

Date(s) debt was incurred  **10/26/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                        **$41.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113**  **Nonpriority creditor's name and mailing address**

**Noor Staffing Group**
**P.O. Box 75343**
**Chicago, IL 60675**

Date(s) debt was incurred  **10/31/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                      **$6,193.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114**  **Nonpriority creditor's name and mailing address**

**NorthEast CrossFit**
**271 Main Street**
**East Chester, NY 10709**

Date(s) debt was incurred  **10/24/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                      **$2,582.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115**  **Nonpriority creditor's name and mailing address**

**Nutrifresh HPP LLC**
**145 Talmadge Rd, Ste #4**
**Edison, NJ 08817**

Date(s) debt was incurred  **9/13/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                     **$27,447.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116**  **Nonpriority creditor's name and mailing address**

**Oculus Crossfit**
**111 Fulton Street**
**New York, NY 10038**

Date(s) debt was incurred  **10/22/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                      **$4,520.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**  **Nonpriority creditor's name and mailing address**

**Onier Acevedo Toribio**
**380 Fayette Street**
**Perth Amboy, NJ 08861**

Date(s) debt was incurred  **7/8/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                         **$66.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118**  **Nonpriority creditor's name and mailing address**

**Onsite Personnel**
**P.O. Box 634**
**Montgomeryville, PA 18936**

Date(s) debt was incurred  **10/30/2019**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                      **$4,666.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.119** | **Nonpriority creditor's name and mailing address**
**Optimum**
P.O. Box 9256
**Chelsea, MA 02150**

Date(s) debt was incurred  **11/4/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,800.00**

---

**3.120** | **Nonpriority creditor's name and mailing address**
**Optimum Foodservice Solution**
**177 South Centre Street, Ste M**
**Merchantville, NJ 08109**

Date(s) debt was incurred  **10/14/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$166,995.98**

---

**3.121** | **Nonpriority creditor's name and mailing address**
**Pacific Coast Cleaning**
**118 Magnolia Ave**
**Long Beach, CA 90813**

Date(s) debt was incurred  **10/26/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$7,500.00**

---

**3.122** | **Nonpriority creditor's name and mailing address**
**Packaging Specialties NJ, Co.**
P.O. Box 398
**101 North 8th Street**
**Kenilworth, NJ 07033**

Date(s) debt was incurred  **7/27/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$85,142.13**

---

**3.123** | **Nonpriority creditor's name and mailing address**
**Paradiso Crossfit Culver City**
**711 Hampton Drive**
**Venice, CA 90291**

Date(s) debt was incurred  **10/22/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,108.50**

---

**3.124** | **Nonpriority creditor's name and mailing address**
**Paul Bunyan Fitness #941**
**10 Campus Blvd**
**Newtown Square, PA 19073**

Date(s) debt was incurred  **10/30/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$359.61**

---

**3.125** | **Nonpriority creditor's name and mailing address**
**Pederson's Natural Farms Inc.**
**1207 S. Rice**
**Hamilton, TX 76531**

Date(s) debt was incurred  **10/8/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,784.50**

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (*if known*) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.126** | Nonpriority creditor's name and mailing address

**Pepco**
P.O. Box 13608
Philadelphia, PA 19101-3608

Date(s) debt was incurred  10/15/2019

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$405.22**

---

**3.127** | Nonpriority creditor's name and mailing address

**PLM Trailer Leasing**
3 Gateway Center
Newark, NJ 07102

Date(s) debt was incurred  9/5/2019

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,141.37**

---

**3.128** | Nonpriority creditor's name and mailing address

**Preferred Remodeling LLC**
1247 New Market Ave
South Plainfield, NJ 07080

Date(s) debt was incurred  9/24/2019

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,303.05**

---

**3.129** | Nonpriority creditor's name and mailing address

**Prime Cold Storage LLC**
1065 E Walnut Street
Carson, CA 90746

Date(s) debt was incurred  9/22/2019

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,618.00**

---

**3.130** | Nonpriority creditor's name and mailing address

**Principal Life Insurance Company**
P.O. Box 10372
Des Moines, IA 50306-0372

Date(s) debt was incurred  10/18/2019

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,946.35**

---

**3.131** | Nonpriority creditor's name and mailing address

**Raymond of New Jersey LLC**
1000 Brighton St.
Union, NJ 07083

Date(s) debt was incurred  9/26/2019

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$359.26**

---

**3.132** | Nonpriority creditor's name and mailing address

**Ready Refresh**
P.O. Box 856192
Louisville, KY 40285

Date(s) debt was incurred  10/23/2019

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,514.68**

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$653.04** |
|---|---|---|---|

**Reebok CrossFit Lab**
**1146 N Poinsettia Pl.**
**West Hollywood, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/30/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,511.74** |
|---|---|---|---|

**Reorg Research Inc.**
**11 East 26th Street, 12th Fl.**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/28/2019**

Basis for the claim: **Commercial lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,955.65** |
|---|---|---|---|

**Republic Services**
**2101 Busse Rd.**
**Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/12/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00** |
|---|---|---|---|

**Rescuing Leftover Cuisine**
**25 Broadway, 12th Fl.**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/8/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$43,899.15** |
|---|---|---|---|

**Riviera Produce Corp.**
**205 Jackson St.**
**Englewood, NJ 07631**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/21/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55,719.88** |
|---|---|---|---|

**Rocker Bros.**
**405 Centinela Avenue**
**Inglewood, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/4/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**Safety Source, Inc.**
**1251 N. Manasserro Street, Ste 405B**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/11/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (*if known*) | **19-13675** |
|---|---|---|---|
| | Name | | |

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387,913.00** |
|---|---|---|---|

**Spring Bay KBK, LLP**
**816 A1A North, Ste 201**
**Ponte Vedra Beach, FL 32083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/14/2019**

Basis for the claim:  **Convertible note**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$194.78** |
|---|---|---|---|

**SRP**
**P.O. Box 80062**
**Prescott, AZ 86304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,185.00** |
|---|---|---|---|

**Stripes Group LLC**
**402 West 13th St.**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/16/2019**

Basis for the claim:  **Convertible note**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$336.00** |
|---|---|---|---|

**Superior Service Corp.**
**1006 E South St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,070.39** |
|---|---|---|---|

**System ID Barcode Solutions**
**1400 10th Street**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/3/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,453.00** |
|---|---|---|---|

**TemperPak Technologies Inc.**
**228 Park Ave South, Ste 58839**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,535.86** |
|---|---|---|---|

**The Hustle**
**251 Kearny Street, Ste 300**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/12/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**

**The OUT Foundation**
**387 Park Ave S, 5th Fl.**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$291.97**

**The Wall (Crossfit)**
**969 Hilgard Avenue, #607**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,807.17**

**Thermal Service of NJ Inc.**
**P.O. Box 6554**
**Edison, NJ 08818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405.86**

**Thrive Fit**
**17406 Tiller Ct., Ste 1000**
**Westfield, IN 46074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,024.32**

**Time Warner Cable**
**P.O. Boc 60074**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/18/2019**

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00**

**Ubergig, LLC**
**1-55 Borden Ave., #23b**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/26/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,874.99**

**Uline**
**P.O. Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/21/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,191.24** |
|---|---|---|---|

**Unified Paper & Packaging**
**1809 East 42nd Street**
**Los Angeles, CA 90058**

Date(s) debt was incurred  __10/18/2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,422.28** |
|---|---|---|---|

**Unitherm Food Systems LLC**
**502 Industrial Road**
**Bristow, OK 74010**

Date(s) debt was incurred  __9/9/2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,880.45** |
|---|---|---|---|

**Valente Yeast Company, Inc.**
**61-26 Maurice Ave**
**Maspeth, NY 11378**

Date(s) debt was incurred  __9/25/2019__

Last 4 digits of account number  __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Federal Court Action__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,032.42** |
|---|---|---|---|

**Various Individual Customers**
**(approx. 57 customers)**

Date(s) debt was incurred  __11/7/19__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable: Gift card refunds__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$245.85** |
|---|---|---|---|

**Verizon**
**P.O. Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred  __10/21/2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,874.10** |
|---|---|---|---|

**W.B. Mason Co., Inc.**
**59 Centre St.**
**Brockton, MA 02301**

Date(s) debt was incurred  __8/29/2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259.90** |
|---|---|---|---|

**Wage Works Inc.**
**P.O. Box 45772**
**San Francisco, CA 94145**

Date(s) debt was incurred  __10/22/2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |
|---|---|---|---|
| | Name | | |

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,487.50 |
|---|---|---|---|

**Waste Resources Carson**
P.O. Box 2799
Gardena, CA 90247-0799

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/23/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,334.50 |
|---|---|---|---|

**West Central Food Service**
12840 Levya St.
Norwalk, CA 90650

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/1/2019**

Basis for the claim: **Federal Court Action**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,125.00 |
|---|---|---|---|

**Whole 30**
422 East 3335 South
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/5/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,389.92 |
|---|---|---|---|

**Willy B. Crossfit**
228 Bushwick Avenue, Apt. 3G
Brooklyn, NY 11206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/26/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,574.00 |
|---|---|---|---|

**Xiamen Win Win Bag Co., Ltd**
3F-3, No.87 Ping Cheng North Road
Haicang District, Xiamen
PC: 361026, China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/25/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,050.00 |
|---|---|---|---|

**Zanovoy, LLC**
173 Hueguenot St, Ste 200
New Rochelle, NY 10801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/7/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor    **High Quality Nutrition Company LLC**                                    Case number (*if known*)    **19-13675**
Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $        313,540.92 |
| **5b. Total claims from Part 2** | 5b.    + | $        6,334,281.13 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        6,647,822.05 |

**Fill in this information to identify the case:**

Debtor name    **High Quality Nutrition Company LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-13675**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Commercial Lease 9215 51st Avenue College Park, MD 20740** | |
| State the term remaining **until August 31, 2020** | **9215, LLC P.O. Box 15630 Chevy Chase, MD 20825-5630** |
| List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **Commercial Lease 630 Flushing Ave. Brooklyn, NY 11206** | |
| State the term remaining **until Januarry 31, 2024** | **ACP BK I LLC C/O ACUMEN CAPITAL PARTNERS LLC 630 Flushing Ave. Brooklyn, NY 11206** |
| List the contract number of any government contract | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest **Commercial Lease 55 S. State Avenue Indianapolis IN 46201** | |
| State the term remaining **until May 31, 2021** | **Alcatraz IEC, LLC 55 S. State Avenue Indianapolis, IN 46201** |
| List the contract number of any government contract | |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest **Commercial Lease 80 Wampus Lane Milford, CT 06460** | |
| State the term remaining **until May 31, 2023** | **Custom Stiles Woodworking, LLC 80 Wampus Lane Milford, CT 06460** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **High Quality Nutrition Company LLC** | | Case number *(if known)* | **19-13675** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 18527 S. Broadway Carson, CA 90248** | |
|---|---|---|---|
| | State the term remaining | **until July 31, 2023** | **Dragonis Investments, LLC P.O. Box 6152 Woodland Hills, CA 91365** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 884 Eagle Drive Beuserville, Il** | |
|---|---|---|---|
| | State the term remaining | **until May 31, 2020** | **GUV IL 5 LLC c/o Greenfield Partners, LLC 2 Post Road West Westport, CT 06880** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 300 Godfrey Ave. Philadelphia, PA 19120** | |
|---|---|---|---|
| | State the term remaining | **until December 1, 2020** | **JRE Eleven, LLC 300 Godfrey Ave. Philadelphia, PA 19120** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Executory contract for services** | |
|---|---|---|---|
| | State the term remaining | **until September 27, 2020** | **Kustomer, Inc. 530 7th Ave., Ste 1601 New York, NY 10018** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 97 Sunfield Avenue Edison NJ 08837** | |
|---|---|---|---|
| | State the term remaining | **until February 28, 2023** | **New Carsun Hills, L.P. c/o Summit Associates Inc. 110 Fieldcrest Avenue, Ste 33 Edison, NJ 08837** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 915 Pleasant Street Norwood, MA 02062** | |
|---|---|---|---|
| | State the term remaining | **until January 31, 2021** | **Porter Family Trust 915 Pleasant Street Norwood, MA 02062** |
| | List the contract number of any | | |

Debtor 1  **High Quality Nutrition Company LLC**                                        Case number *(if known)*  **19-13675**
     First Name            Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | ˙**Commercial Lease**<br>˙**11 Madison Square**<br>˙**BYk˙Mcf_ZBM%$$%$** | |
|---|---|---|---|
| | State the term remaining | **until February 25, 2021** | **Reorg Research Inc.**<br>**11 Madison Square North**<br>**New York, NY 10010** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Executory contract for services** | |
|---|---|---|---|
| | State the term remaining | **until January 25, 2020** | **Salesforce.com, Inc.**<br>**415 Mission Street, 3rd Floor**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract for sale of small cooler bags** | |
|---|---|---|---|
| | State the term remaining | | **Xiamen Win Win Bag Co., Ltd**<br>**Xinglinwan Operations Center**<br>**Room 603-2, Building 6**<br>**Xiamen, Fujian**<br>**China** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **High Quality Nutrition Company LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)   **19-13675** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Munchery Inc.** | **375 Alabama Street, Ste 300
San Francisco, CA 94110** | **Dragonis Investments, LLC** | ☐ D _____
☐ E/F _____
■ G   **2.5** |

**Fill in this information to identify the case:**

Debtor name    **High Quality Nutrition Company LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-13675**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $26,037,079.00 |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $21,139,973.00 |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $11,740,933.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

| Debtor | **High Quality Nutrition Company LLC** | Case number (if known) | **19-13675** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Ace Natural**<br>41-38 37th Street<br>Long Island City, NY 11101 | **9/26/19,<br>9/19/19,<br>10/3/19 &<br>10/24/19** | **$37,581.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **ACP BK I LLC**<br>630 Flushing Avenue<br>Brooklyn, NY 00011-2016 | **8/28/19 &<br>9/30/19** | **$20,873.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.3. **ADP LLC**<br>P.O. Box 842875<br>Boston, MA 02284 | **9/19/19 &<br>10/10/19** | **$15,871.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **AD RESULTS MEDIA, LLC**<br>320 Westcott St., Ste 101<br>Houston, TX 77007 | **10/10/19** | **$11,172.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **AdRoll, Inc.**<br>2300 Harrison Street, 2nd Floor<br>San Francisco, CA 94110 | **9/26/19** | **$9,298.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **Aircall New York**<br>33 West 17th Street<br>New York, NY 10011 | **9/5/19** | **$8,944.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **Butter Inc.** | **9/26/19** | **$7,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Anchin**<br>P.O. Box 3202<br>New York, NY 10087 | **8/21/19 &<br>9/26/19** | **$24,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **High Quality Nutrition Company LLC**                    Case number *(if known)* **19-13675**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Area Distributors**<br>1102 S. 3rd Street<br>San Jose, CA 95112 | **9/5/19,<br>9/12/19 &<br>10/24/19** | **$28,124.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10. **Baldor Specialty Foods Inc.**<br>155 Food Center Drive<br>Bronx, NY 10474 | **Various<br>dates<br>between<br>8/30/19 and<br>10/22/19** | **$104,868.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Bass, Berry & Sims**<br>150 3rd Avenue South, Ste 2800<br>Nashville, TN 37201 | **10/30/19** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.12. **Bunzl Mid-Atlantic Region**<br>10814 Northeast Avenue<br>Philadelphia, PA 19114 | **Various<br>dates<br>between<br>8/21/19 and<br>10/24/19** | **$114,968.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. **Carlson Lynch, LLP**<br>1350 Columbia Street, Ste 603<br>San Diego, CA 92101 | **8/22/19 &<br>10/18/19** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14. **Chub Legal Services**<br>199 Bay Street, Ste 2500<br>P.O. Box 139<br>Commerce Court Postal Station<br>Toronto, ON M5L1E2 | **10/2/19** | **$14,759.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15. **Cintas Corporation**<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 | **10/10/19** | **$7,448.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. **Clifton Budd & DeMaria LLP**<br>350 Fifth Avenue, Ste 6110<br>New York, NY 10018 | **9/26/19** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor    **High Quality Nutrition Company LLC**                                    Case number (if known) **19-13675**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.17. **Cooler Panels** | 9/5/19 | $8,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.18. **CSC Leasing Co.**<br>6806 Paragon Place, Suite 170<br>Richmond, VA 23210 | 10/3/19 &<br>10/15/19 | $145,908.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.19. **Davis Paul Design Inc.**<br>424 East 9th, Ste 18<br>New York, NY 10009 | 9/26/19 &<br>10/31/19 | $17,495.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.20. **DC&A Logistics, Inc.**<br>111-09 76th Road, Suite B9<br>Forest Hills, NY 11375 | Various<br>dates<br>between<br>8/15/19 and<br>11/7/19 | $418,883.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21. **Dendev Design & Development Ltd.**<br>19 West 24th Street<br>New York, NY 10010 | 9/12/19 &<br>10/24/19 | $20,372.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.22. **Dependable Electric Co.**<br>28 May Street<br>Edison, NJ 08837 | 8/21/19 &<br>8/28/19 | $103,565.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.23. **Dragonis Investments, LLC**<br>P.O. Box 6152<br>Woodland Hills, CA 91365 | 9/3/19 &<br>10/7/19 | $56,603.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.24. **Eastern Quality Foods**<br>236 Ponte Vedra Park, Drive 101<br>Ponte Vedra Beach, FL 32082 | Various<br>dates<br>between<br>8/15/19 and<br>10/24/19 | $192,569.20 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **High Quality Nutrition Company LLC**                    Case number (if known)   **19-13675**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.25.  **Ecolab Inc.**<br>**PO Box 32027**<br>**New York, NY 10087** | **8/12/19** | **$9,412.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26.  **Facebook, Inc.**<br>**15161 Collections Center Drive**<br>**Chicago, IL 60693** | **Various dates between 8/15/19 and 10/10/19** | **$225,934.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27.  **Facility Maintenance Group LLC**<br>**1950 Old Tomoka Road West**<br>**Ormond Beach, FL 32174** | **9/12/19 & 9/26/19** | **$38,223.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28.  **Fernando Beck** | **9/12/19 & 10/10/19** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29.  **Financo, LLC**<br>**540 Madison Ave, 3rd Fl.**<br>**New York, NY 10022** | **10/11/19** | **$11,442.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30.  **Foremost Fire Protection LLC**<br>**P.O. Box 434, 901 Montrose Ave.**<br>**South Plainfield, NJ 07080** | **10/11/19** | **$12,027.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31.  **Gargiulo Produce**<br>**535 Sweetland Avenue**<br>**Hillside, NJ 07205** | **Various dates between 8/15/19 and 10/31/19** | **$316,584.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32.  **Glacier Ice Inc.**<br>**339 Hancock Street**<br>**Brooklyn, NY 11216** | **Various dates between 8/15/19 and 10/10/19** | **$163,273.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **High Quality Nutrition Company LLC**                                    Case number *(if known)*  **19-13675**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33<br>. | **Google, Inc.**<br>**P.O. Box 39000, Dpt 33654**<br>**San Francisco, CA 94139** | **Various dates between 8/15/19 and 10/4/19** | **$100,730.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34<br>. | **High Performance Systems Corp.**<br>**436 Lincoln Blvd**<br>**Middlesex, NJ 08846** | **9/12/19, 9/19/19, 9/26/19 & 10/3/19** | **$41,230.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35<br>. | **HR Industries**<br>**605 Broad Avenue**<br>**Ridgefield, NJ 07657** | **9/5/19, 9/12/19 & 10/3/19** | **$24,635.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36<br>. | **Hunter Point LLC**<br>**641 Lexington Avenue, 15th Fl.**<br>**New York, NY 10022** | **10/24/19 & 10/28/19** | **$2,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.37<br>. | **Ignacio Orlandini** | **9/5/19** | **$7,232.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.38<br>. | **Kustomer.com**<br>**530 7th Avenue, Ste 1601**<br>**New York, NY 10018** | **10/4/19** | **$11,760.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.39<br>. | **Lucas Associates Inc.**<br>**P.O. Box 638364**<br>**Cincinnati, OH 45263** | **9/12/19 & 9/26/19** | **$24,538.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40<br>. | **MIQ Digital Inc.**<br>**261 Fifth Avenue, 26th Floor**<br>**New York, NY 10016** | **9/5/19, 9/26/19 & 10/3/19** | **$37,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **High Quality Nutrition Company LLC**                                    Case number *(if known)* **19-13675**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.41. **Mode Transportation LLC** 14785 Preston Road, Ste 850 Dallas, TX 75254 | 9/5/19 | $11,900.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.42. **Multiplier Capital II LP** 1920 L Street NW, Ste 550 Washington, DC 20036 | 9/5/19 | $147,691.54 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.43. **Multivac, Inc.** 11021 N Pomona Avenue Kansas City, MO 64153 | 9/5/19 | $14,908.37 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.44. **MVP Group Construction** 12000 Biscayne Blvd, Ste 108 Miami, FL 33131 | 8/29/19 & 9/30/19 | $92,376.56 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.45. **Nature's Produce** 3305 Bandini Blvd. Vernon, CA 90058 | 9/12/19, 9/19/19 & 10/3/19 | $32,261.71 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.46. **New Carsun Hills L.P.** c/o Summit Associates Inc. RAR.PLAZA I.-R.CENTER Edison, NJ 08818 | 8/30/19, 10/1/19 & 11/12/19 | $85,952.67 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__ |
| 3.47. **Nutrifresh HPP LLC** 145 Talmadge Rd, Ste 4 Edison, NJ 08817 | Various dates between 8/15/19 and 11/6/19 | $927,966.18 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.48. **Optimum** P.O. Box. 9256 Chelsea, MA 02150 | 10/3/19 | $17,180.81 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

| Debtor | **High Quality Nutrition Company LLC** | | Case number *(if known)* | **19-13675** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.49<br>. | **Optimum Foodservice Solution**<br>177 South Centre Street, Ste M<br>Merchantville, NJ 08109 | **Various dates between 8/15/19 and 10/31/19** | $489,172.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50<br>. | **Reorg Research Inc**<br>11 East 26th Street, 12th Fl<br>New York, NY 10010 | **Various dates between 8/15/19 and 10/24/19** | $119,491.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51<br>. | **Ryder Truck Rental Inc.**<br>11690 Northwest 105th Street<br>Miami, FL 33178 | **9/5/19** | $20,036.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.52<br>. | **Salesforce.com, Inc.**<br>415 Mission Street, 3rd Floor<br>San Francisco, CA 94105 | **8/28/19** | $9,349.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.53<br>. | **Southern California Edison**<br>P.O. Box 800<br>Rosemead, CA 91770 | **8/12/19, 8/30/19 & 9/30/19** | $29,542.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.54<br>. | **Sysco Corporation**<br>1390 Enclave Parkway<br>Houston, TX 77077 | **Various dates between 8/15/19 and 10/15/19** | $163,057.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55<br>. | **TemperPack Technologies, Inc.**<br>3807 Castlewood Road<br>Richmond, VA 23234 | **9/5/19 & 10/4/19** | $17,633.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56<br>. | **The Giannuzzi Group, LLP**<br>411 West 14th Street, 4th Floor<br>New York, NY 10014 | **9/26/19 & 10/10/19** | $16,622.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **High Quality Nutrition Company LLC**    Case number *(if known)* **19-13675**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.57. **Hartford Financial Services Group Inc.**<br>690 Asylum Avenue<br>Hartford, CT 06155 | 8/27/19,<br>9/26/19 &<br>10/10/19 | $32,482.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.58. **The OUT Foundation**<br>387 Park Ave S, 5th Fl<br>New York, NY 10016 | 10/4/19 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.59. **Thermaco Inc.**<br>113 Trade Street<br>Asheboro, NC 27204 | 9/18/19 | $6,984.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.60. **Unitherm Food Systems LLC**<br>502 INDUSTRIAL Road<br>Bristow, OK 74010 | 10/10/19 | $7,869.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.61. **West Central Food Service**<br>12840 Levya St.<br>Norwalk, CA 90650 | Various<br>dates<br>between<br>8/15/19 and<br>10/24/19 | $80,726.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.62. **Xiamen Win Win Bag Co., Ltd**<br>3F-3, No.87 Ping Cheng North Road<br>Haicang District, Xiamen, PC: 361026<br>CHI | 8/22/19 &<br>10/10/19 | $56,656.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.63. **Wex Inc.**<br>1 Hancock Street<br>Portland, ME 04101 | 8/21/19,<br>9/19/19 &<br>10/18/19 | $93,278.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64. **American Express National Bank**<br>43 Butterfield Circle<br>El Paso, TX 79906 | 8/22/19 | $9,035.58 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **High Quality Nutrition Company LLC** | | | Case number *(if known)* **19-13675** |
|--------|----------------------------------------|--|--|----------------------------------------|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.65. **Rocker Bros. Meat & Provision, Inc.**<br>405 Centinela Avenue<br>Inglewood, CA 90302 | **Various dates between 8/15/19 and 10/24/19** | **$139,190.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.66. **Red-D-Arc Inc.**<br>685 Lee Industrial Blvd<br>Austell, GA 30168 | **10/11/19** | **$9,854.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.67. **Public Service Enterprise Group Inc.**<br>80 Park Plaza<br>Newark, NJ 07102 | **9/19/19** | **$10,746.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.68. **Postie, Inc.**<br>12655 West Jefferson Blvd<br>Los Angeles, CA 90066 | **8/28/19** | **$34,999.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.69. **Oxford Health Plans Inc.**<br>48 Monroe Turnpike<br>Trumbull, CT 06611 | **8/30/19, 10/3/19 & 10/28/19** | **$144,240.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.70. **JPMorgan Chase Bank, N.A.**<br>1111 Polaris Parkway<br>Columbus, OH 43240 | **8/22/19, 8/27/19, 10/7/19 & 10/31/19** | **$203,954.60** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **High Quality Nutrition Company LLC** | | Case number *(if known)* | **19-13675** |

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Dragonis Investments, LLC**<br>P.O. Box 6152<br>Woodland Hills, CA 91365 | **Warehouse**<br>18527 S Broadway<br>Gardena CA, 90248 | **11/1/19** | **Unknown** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Multiplier Capital II LP**<br>1920 L Street NW, Ste 550<br>Washington, DC 20036 | **Sweep of all cash from Chase bank account**<br>Last 4 digits of account number: ___1985___ | **11/1/19** | **$1,000,000.00** |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **The OUT Foundation**<br>387 Park Ave S, 5th Fl.<br>New York, NY 10016 | **Chairitable contribution** | **January 2018** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Crossfit SouthShore**<br>**Long Island**<br>1507 Smithtown Ave.<br>Bohemia, NY 11716 | **Charitable contribution** | **November 2018** | **$210.00** |
| | Recipients relationship to debtor | | | |

Debtor    **High Quality Nutrition Company LLC**    Case number *(if known)* **19-13675**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.3. | **Rescuing Leftover Cuisine 25 Broadway, 12th Fl. New York, NY 10004** | **Charitable contribution** | **June, August and September 2019** | **$380.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rosen & Associates, P.C. 747 Third Avenue, Floor 20 New York, NY 10017-2803** | **Attorney Fees for services rendered in connection with both with this case (High Quality Nutrition Company LLC - 19-13675-smb), as well as the related case (HQNC Parent Inc. - 19-13674-smb).** | **November 14, 2019** | **$26,000.00** |
| | Email or website address **srosen@rosenpc.com** | | | |
| | Who made the payment, if not debtor? **North Caste Parters VI, L.P.** | | | |
| 11.2. | **Hunter Point 641 Lexington Avenue, 15th Fl. New York, NY 10022** | | **November 19, 2019** | **$17,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   **High Quality Nutrition Company LLC**                    Case number *(if known)*   **19-13675**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Bass, Berry & Sims 150 3rd Avenue South, Ste 2800 Nashville, TN 37201** | | **November 19, 2019** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Territory Foods Inc. 1712 Mount Vernon Avenue Alexandria, VA 22301** | **Customer list** | **11/11/19** | **$100,000.00** |
| | Relationship to debtor | | | |

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **177 Mott St. New York, NY 10012** | **January 1, 2018 to December 31, 2018** |
| 14.2. | **95-97 Horatio Street New York, NY 10014** | **September 1, 2018 to January 31, 2019** |
| 14.3. | **3200 Olympic Blvd Santa Monica, CA 90404** | **September 1, 2018 to January 31, 2019** |

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

| Debtor | **High Quality Nutrition Company LLC** | Case number *(if known)* | **19-13675** |
|---|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

       ■ No Go to Part 10.
       ☐ Yes. Fill in below:

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JPMorgan Chase Bank, N.A. 1111 Polaris Parkway Columbus, OH 43240** | **XXXX-1985** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **11/1/19** | **$1,295,249.52** |
| 18.2. | **JPMorgan Chase Bank, N.A. 1111 Polaris Parkway Columbus, OH 43240** | **XXXX-1993** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **11/1/19** | **$0.00** |
| 18.3. | **JPMorgan Chase Bank, N.A. 1111 Polaris Parkway Columbus, OH 43240** | **XXXX-2017** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **11/1/19** | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **High Quality Nutrition Company LLC**                              Case number *(if known)*    **19-13675**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | **JPMorgan Chase Bank, N.A. 1111 Polaris Parkway Columbus, OH 43240** | **XXXX-2896** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **11/1/19** | **$0.00** |
| 18.5. | **JPMorgan Chase Bank, N.A. 1111 Polaris Parkway Columbus, OH 43240** | **XXXX-2912** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **11/1/19** | **$104,045.02** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Nutrifresh HPP LLC 145 Talmadge Rd, Ste #4 Edison, NJ 08817** | **Nutrifresh** | **Packaging inventory** | ☐ No<br>■ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **High Quality Nutrition Company LLC** | Case number *(if known)* **19-13675** |
|---|---|---|

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Amanda Morgenstern**<br>**175 Willoughby Street, Apt 3L**<br>**Brooklyn, NY 11201** | |
| 26a.2. | **Alex Tibbets**<br>**c/o High Quality Nutrition Company LLC**<br>**11 E 26th St, 20th Fl.**<br>**New York, NY 10010** | **2017-2018** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Anchin Block & Anchin LLP**<br>**1375 Broadway**<br>**New York, NY 10018** | **since 2013** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **High Quality Nutrition Company LLC**                               Case number *(if known)*  **19-13675**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Amanda Morgenstern**<br>**175 Willoughby Street, Apt 3L**<br>**Brooklyn, NY 11201** | |
| 26c.2. **Alex Tibbets**<br>**c/o High Quality Nutrition Company LLC**<br>**11 E 26th St, 20th Fl.**<br>**New York, NY 10010** | |
| 26c.3. **ADP LLC**<br>**PO Box 842875**<br>**Boston, MA 02284-2875** | |
| 26c.4. **Oracle Netsuite**<br>**500 Oracle Parkway**<br>**Brooklyn, NY 11201** | |
| 26c.5. **Shopify**<br>**150 Elgin St.**<br>**Ottawa, ON**<br>**K2p 1L4, Canada** | |
| 26c.6. **Quickbooks Intuit**<br>**2632 Marine Way Mountain View**<br>**Mountain View, CA 94043** | |
| 26c.7. **Stripes Group LLC**<br>**402 West 13th St.**<br>**New York, NY 10014** | |
| 26c.8. **JPMorgan Chase Bank, N.A.**<br>**1111 Polaris Parkway**<br>**Columbus, OH 43240** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Multiplier Capital II LP**<br>**1920 L Street NW, Ste 550**<br>**Washington, DC 20036** |
| 26d.2. **NCP-KBK, Inc.**<br>**183 E Putnam Avenue**<br>**Greenwich, CT 06830** |
| 26d.3. **North Castle Partners**<br>**183 E Putnam Avenue**<br>**Greenwich, CT 06830** |
| 26d.4. **Spring Bay KBK, LLP**<br>**816 A1A North, Ste 201**<br>**Ponte Vedra Beach, FL 32083** |
| 26d.5. **CSC Leasing Company**<br>**6806 Paragon Place, Ste 170**<br>**Richmond, VA 23230** |

| Debtor | High Quality Nutrition Company LLC | Case number *(if known)* | 19-13675 |
|---|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Don Baxter | 25 De Hart Road<br>Maplewood, NJ 07040 | Chief Executive Officer | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jose Lopez-Gallego | 161 Grand St., Apt. PHA<br>New York, NY 10013 | Chairman of the Board of Directors | 8.9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Spring Bay KBK, LLP | 816 A1A North, Ste 201<br>Ponte Vedra Beach, FL 32083 | Director | 6.3 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| NCP-KBK, Inc. | 183 E Putnam Avenue<br>Greenwich, CT 06830 | Director | 38.8 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jose Lopez-Gallego<br>161 Grand St., Apt. PHA<br>New York, NY 10013 | $100,000 | 2019 | Salary |
| | **Relationship to debtor**<br>Shareholder and Officer | | | |

Debtor    **High Quality Nutrition Company LLC**                                    Case number *(if known)*   **19-13675**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Don Baxter** **25 De Hart Road** **Maplewood, NJ 07040** | **$230,000** | **2019** | **Salary** |
| | **Relationship to debtor** **CEO** | | | |
| 30.3. | **North Castle Partners** **183 E Putnam Avenue** **Greenwich, CT 06830** | **$57,498** | **2019** | **Management fee** |
| | **Relationship to debtor** **Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 17, 2019**

**/s/ Don Baxter**                                                            **Don Baxter**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes