**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.*®

Jacqulyn S. Loftin, Esq.
Partner
Direct Dial: 516.804.1557
jsl@lhmlawfirm.com

April 30, 2020

*<u>Via Electronic Filing</u>*
Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**In Re: High Quality Nutrition Company, LLC
Chapter 7
<u>Case No. 19-13675 (SMB)</u>**

Dear Judge Bernstein:

    Our firm is counsel to Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee of the High Quality Nutrition Company, LLC (the "<u>Debtor</u>") estate pending in the United States Bankruptcy Court, Southern District of New York (the "<u>Court</u>").

    This letter is to notify all parties of the withdrawal of the Notice of Sale of the Debtor's Intellectual Property filed with the Court on April 29, 2020, docket entry 128.

    Thank you for your consideration.

Respectfully submitted,

*/s/ Jacqulyn S. Loftin*

Jacqulyn S. Loftin