# United States Bankruptcy Court
## Southern District of New York

In re:  **High Quality Nutrition Company LLC**           Case No.    **19−13675 (DSJ)**
                                                         Chapter:    **7**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the mailing address of the following creditor is hereby modified as follows:

| **FORMER ADDRESS** | **MODIFIED ADDRESS:** |
|---|---|
| CONTANGO LLC | CONTANGO LLC |
| 228 East 45th Street, Ste 11S | 5 West 37th Street, 12th Fl. |
| New York, NY 10017 | New York, NY 10018 |

Dated: New York, New York
       March 22, 2021

**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor*

By: _____
     Paris Gyparakis

747 Third Avenue
New York, NY 10017
(212) 223-1100