# United States Bankruptcy Court
## Southern District of New York

In re:  **High Quality Nutrition Company LLC**  Case No.  **19−13675 (DSJ)**
Chapter: **7**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the mailing address of the following creditor is hereby modified as follows:

| **FORMER ADDRESS** | **MODIFIED ADDRESS:** |
|---|---|
| Thrive Fit | Thrive Fit |
| 17406 Tiller Ct., Ste 1000 | 400 Alpha Dr |
| Westfield, IN 46074 | Westfield, IN 46074 |

Dated: New York, New York
     March 26, 2021

**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor*

By: _____
     Paris Gyparakis

747 Third Avenue
New York, NY 10017
(212) 223-1100